IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FRANK W. MILLER,

    Plaintiff,

vs.                              Civil Action 2:10-CV-079
                                    Judge Sargus
                                    Magistrate Judge King

RICHARD A. FRYE,

    Respondent.

### ORDER

Plaintiff, a state prisoner, submitted a complaint seeking monetary damages from individuals, including a state court judge and an attorney, who participated in plaintiff's criminal trial. Because plaintiff did not pay the filing fee, the United States Magistrate Judge ordered him to either pay the $350.00 filing fee within thirty (30) days or seek leave to proceed *in forma pauperis*. *Order*. Doc. No. 4. This matter is now before the Court on plaintiff's motion to proceed *in forma pauperis*, Doc. No. 6, and motion for relief from the Magistrate Judge's *Order*. Doc. No. 7.

Underlying both of plaintiff's motions is his contention that he is not a "prisoner" whose application for leave to proceed *in forma pauperis* must comply with the Prison Litigation Reform Act of 1996, 28 U.S.C. §1915(a)(2). Plaintiff is mistaken. A "prisoner" is defined as

> any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program.

28 U.S.C. §1915(h). Although plaintiff might, in this action, seek to challenge the propriety of the criminal proceedings against him, it is clear that plaintiff's incarceration in a state prison facility renders him a "prisoner" subject to the provisions of the Prison Litigation

Reform Act of 1996.

Because the *Order* of the Magistrate Judge, Doc. No. 4, is neither clearly erroneous nor contrary to law, *see* 28 U.S.C. 636(b), plaintiff's motion for relief from that *Order*, Doc. No. 7, is **DENIED**. Plaintiff must comply with the terms of that *Order*.

Plaintiff's motion for leave to proceed *in forma pauperis*, Doc. No. 6, does not comply with 28 U.S.C. §1915(a)(2). If plaintiff intends to seek leave to proceed *in forma pauperis*, in this action, he must filed a motion that satisfies 28 U.S.C. §1915(a)(2). Plaintiff is **DIRECTED** to do so within twenty (20) days.

2-11-2010
Date

Edmund A. Sargus, Jr.
United States District Judge