IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FRANK W. MILLER,

    Plaintiff,

vs.

    Civil Action 2:10-CV-079
    Judge Sargus
    Magistrate Judge King

RICHARD A. FRYE, *et al.*,

    Defendants.

### ORDER

On February 12, 2010, plaintiff was ordered to file a proper application for leave to proceed *in forma pauperis* within twenty (20) days. *Order,* Doc. No. 8. Plaintiff has not done so.

Plaintiff is **DENIED** leave to proceed *in forma pauperis* and is **DIRECTED** to pay the full $350.00 filing fee within thirty (30) days. His failure to do so will result in the dismissal of the action for want of prosecution.

3-15-2010
Date

Edmund A. Sargus, Jr.
United States District Judge