IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FRANK W. MILLER,

    Plaintiff,

vs.                                  Civil Action 2:10-CV-079
                                        Judge Sargus
                                        Magistrate Judge King

RICHARD A. FRYE, et al.,

    Defendants.

### ORDER

On March 16, 2010, plaintiff was directed to pay the full $350.00 filing fee within thirty (30) days and was advised that his failure to do so would result in the dismissal of the action. *Order,* Doc. No. 11. Plaintiff has not done so.

This action is hereby **DISMISSED** for want of prosecution.

10-5-2010
Date

Edmund A. Sargus, Jr.
United States District Judge