AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**FRANK W. MILLER,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

        CASE NO.  C2-10-079
**RICHARD A. FRYE, et al.,**    JUDGE EDMUND A. SARGUS, JR.
        MAGISTRATE JUDGE NORAH MCCANN KING

        **Defendants.**

____    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Order filed October 5, 2010, JUDGMENT is hereby entered DISMISSING this case.**

Date: October 5, 2010        JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk